IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ERIN ROBERTSON, *individually and on behalf of classes of all persons and entities similarly situated*, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-1077-DII |
| MODERNIZE, INC., | § § § | |
| Defendant. | § § | |

## ORDER

On January 17, 2025, Plaintiff dismissed all claims asserted by Plaintiff against Defendant with prejudice. (Dkt. 10). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on January 21, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1